JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority ____
Send ____
Enter ____
Closed ____
JS-5/JS-6 ____
Scan Only ____

**CASE NO.:** CV 16-06302 SJO (RAOx)    **DATE:** October 24, 2016

**TITLE:** <u>Denise Reyanga v. Los Angeles County Metropolitan Transportation Authority et al</u>

========================================================================

**PRESENT:** THE HONORABLE S. JAMES OTERO, UNITED STATES DISTRICT JUDGE

Victor Cruz                                         Not Present
Courtroom Clerk                                     Court Reporter

**COUNSEL PRESENT FOR PLAINTIFF(S):**    **COUNSEL PRESENT FOR DEFENDANT(S):**

Not Present                                         Not Present

========================================================================

**PROCEEDINGS:** IN CHAMBERS

The Court is in receipt of the Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(I) filed by Plaintiff [ECF # 22]. Accordingly, the Court Orders this matter dismissed pursuant to the Notice of Voluntary Dismissal.

Additionally the MOTION to Dismiss Case filed by defendant Access Services [ECF #19] is deemed moot and taken off the Court's calendar.